[No. 1664-2.    Division Two.    March 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES H. BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64535, John H. Kirkwood, J., entered November 22, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1785-2.    Division Two.    March 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE GORDON WINFREY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 47028, James V. Ramsdell, J., entered March 6, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1472-2.    Division Two.    March 23, 1976.]

DOROTHY DESCHANE, *Respondent*, v. MORTON A. KIMBALL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 214890, Stanley W. Worswick, J., entered May 20, 1974. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1565-3.    Division Three.    March 24, 1976.]

*In the Matter of the Marriage of* RICHARD T. DAILEY, *Respondent, and* JOANN K. DAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 26779, Philip H. Faris, J., entered May 23, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.